2016-1058 (La. 9/16/16)

**Keyoka DAVIS**

v.

**Barton C. BARRE, D.D.S. and Barre Dental Care, Inc. d/b/a Barre Dental Care**

**NO. 2016-C-1058**

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial District Court Div. N, No. 736-327; to the

Court of Appeal, Fifth Circuit, No. 15-CA-706

Denied.